

*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00932-CV

Joanne Bruni **MADDOX** and Intervenor, Barrocito Ranch, Ltd.,
Appellants

v.

Raymond A. **BRUNI** and Killam Ranch Properties, Ltd.,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 5,916
Honorable Jose A. Lopez, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:   February 4, 2009

DISMISSED

Appellants have filed a motion to dismiss this appeal. The motion contains a certificate of service to Appellees Raymond A. Bruni and Killam Ranch Properties, Ltd., who have not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

PER CURIAM